August 26, 2011

Mr. Harold Leroy Hensley Jr.
Hinkle Hensley Shanor & Martin LLP
P. O. Box 3580
Midland, TX 79701

Mr. Byron L. Woolley
Simpson Woolley LLP
2828 Routh Street, Suite 700
Dallas, TX 75201

Mr. Donald Prichard Bevis Jr.
Law Office of Prichard Bevis
2807 Allen Street, #667
Dallas, TX 75204

Ms. Amy Mayo McLin
Law Office of Amy M. McLin, P.C.
2810 Thousand Oaks Pmb #136
San Antonio, TX 78232

Ms. Laura H. Burney
Law Offices of Laura H. Burney
4040 Broadway, Suite 602
San Antonio, TX 78209

Ms. Sharon E. Callaway
Crofts & Callaway, P.C.
300 Austin Highway, Suite 120
San Antonio, TX 78209-5303
Ms. Susan R. Richardson
Cotton, Bledsoe, Tighe, & Dawson, P.C.
P.O. Box 2776
Midland, TX 79702-2776

Mr. David C. McCue
McCue Pauley & Associates PC.
14114 Dallas Parkway, Ste. 380
Dallas, TX 75254

Mr. Stephen Edward Haynes
Haynes Law Firm, P.C.
309 N. Fisk
Brownwood, TX 76801

Ms. Katherine D. Woodruff
Smith and Woodruff
2000 W. Sam Houston Tollway S., Ste. 1300
Houston, TX 77042

Ms. Priscilla M. Hubenak
Office of the Attorney General of Texas
Environmental Protection & Admin Law
P.O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 09-0306
 Court of Appeals Number: 11-07-00034-CV
 Trial Court Number: CV-28,679

Style: BETTY YVON LESLEY, ET AL.
 v.
 VETERANS LAND BOARD OF THE STATE OF TEXAS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Chief
Justice Jefferson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sherry |
| |Williamson |
| |Ms. Wanda Pringle |
| |Mr. Bruce M. Kramer|
| | |
| |Mr. Maston C. |
| |Courtney |
| |Mr. Larry Grady |
| |Borella |